US007225712B2

## (12) United States Patent
## Gass et al.

(10) Patent No.: **US 7,225,712 B2**
(45) Date of Patent: **Jun. 5, 2007**

(54) **MOTION DETECTING SYSTEM FOR USE IN A SAFETY SYSTEM FOR POWER EQUIPMENT**

(75) Inventors: **Stephen F. Gass**, Wilsonville, OR (US); **Robert L. Chamberlain**, Raleigh, NC (US); **J. David Fulmer**, Tualatin, OR (US); **Joel F. Jensen**, Redwood City, CA (US); **Benjamin B. Schramm**, Los Gatos, CA (US)

(73) Assignee: **SD3, LLC**, Wilsonville, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 896 days.

(21) Appl. No.: **09/929,234**

(22) Filed: **Aug. 13, 2001**

(65) **Prior Publication Data**

US 2002/0017178 A1    Feb. 14, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/225,056, filed on Aug. 14, 2000, provisional application No. 60/225,057, filed on Aug. 14, 2000, provisional application No. 60/225,058, filed on Aug. 14, 2000, provisional application No. 60/225,059, filed on Aug. 14, 2000, provisional application No. 60/225,089, filed on Aug. 14, 2000, provisional application No. 60/225,094, filed on Aug. 14, 2000, provisional application No. 60/225,169, filed on Aug. 14, 2000, provisional application No. 60/225,170, filed on Aug. 14, 2000, provisional application No. 60/225,200, filed on Aug. 14, 2000, provisional application No. 60/225,201, filed on Aug. 14, 2000, provisional application No. 60/225,206, filed on Aug. 14, 2000, provisional application No. 60/225,210, filed on Aug. 14, 2000, provisional application No. 60/225,211, filed on Aug. 14, 2000, provisional application No. 60/225,212, filed on Aug. 14, 2000.

(51) Int. Cl.
*B26D 1/14* (2006.01)
*B27B 5/00* (2006.01)

(52) U.S. Cl. .................. **83/62.1**; 83/471.3; 83/477.1; 83/DIG. 1

(58) Field of Classification Search ............ 83/DIG. 1, 83/62.1, 478, 76.7, 472, 397.1, 398, 932, 83/971.3, 473, 501, 477.1, 526, 491, 58, 83/471.3; 144/427, 391, 356, 384
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

146,886 A    1/1874    Doane et al.

(Continued)

FOREIGN PATENT DOCUMENTS

CH    297525    6/1954

(Continued)

OTHER PUBLICATIONS

Analog Devices, Inc., 3-Axis Capacitive Sensor—Preliminary Technical Data AD7103, pp. 1-40, © 1998.

*Primary Examiner*—Boyer D. Ashley
*Assistant Examiner*—Ghassem Alie

(57) **ABSTRACT**

A woodworking machine including a detection system adapted to detect a dangerous condition between a person and a working portion of the machine is disclosed. The machine includes a reaction system associated with the detection system to cause a predetermined action to take place relative to the working portion upon detection of the dangerous condition. A motion detection system is adapted to detect motion of the working portion and to disable the reaction system when the working portion is not moving. The motion detection system may include a sensor, such as a Hall effect sensor, an electromagnetic field sensor, an optical sensor, or an electrical sensor. The woodworking machine may take the form of a saw, the working portion may be a blade adapted to cut when spinning, and the dangerous condition may be a person contacting the blade.

**20 Claims, 6 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| 162,814 | A | 5/1875 | Graves et al. |
| 261,090 | A | 7/1882 | Grill |
| 264,412 | A | 9/1882 | Kuhlmann |
| 299,480 | A | 5/1884 | Kuhlmann et al. |
| 302,041 | A | 7/1884 | Sill |
| 307,112 | A | 10/1884 | Groff |
| 509,253 | A | 11/1893 | Shields |
| 545,504 | A | 9/1895 | Hoover |
| 869,513 | A | 10/1907 | Pfeil |
| 941,726 | A | 11/1909 | Pfalzgraf |
| 997,720 | A | 7/1911 | Troupenat |
| 1,037,843 | A | 9/1912 | Ackley |
| 1,050,649 | A | 1/1913 | Harrold et al. |
| 1,054,558 | A | 2/1913 | Jones |
| 1,074,198 | A | 9/1913 | Phillips |
| 1,082,870 | A | 12/1913 | Humason |
| 1,101,515 | A | 6/1914 | Adam |
| 1,126,970 | A | 2/1915 | Folmer |
| 1,132,129 | A | 3/1915 | Stevens |
| 1,148,169 | A | 7/1915 | Howe |
| 1,154,209 | A | 9/1915 | Rushton |
| 1,205,246 | A | 11/1916 | Mowry |
| 1,228,047 | A | 5/1917 | Reinhold |
| 1,240,430 | A | 9/1917 | Erickson |
| 1,244,187 | A | 10/1917 | Frisbie |
| 1,255,886 | A | 2/1918 | Jones |
| 1,258,961 | A | 3/1918 | Tattersall |
| 1,311,508 | A | 7/1919 | Harrold |
| 1,324,136 | A | 12/1919 | Turner |
| 1,381,612 | A | 6/1921 | Anderson |
| 1,397,606 | A | 11/1921 | Smith |
| 1,427,005 | A | 8/1922 | McMichael |
| 1,430,983 | A | 10/1922 | Granberg |
| 1,464,924 | A | 8/1923 | Drummond |
| 1,465,224 | A | 8/1923 | Lantz |
| 1,496,212 | A | 6/1924 | French |
| 1,511,797 | A | 10/1924 | Berghold |
| 1,526,128 | A | 2/1925 | Flohr |
| 1,527,587 | A | 2/1925 | Hutchinson |
| 1,551,900 | A | 9/1925 | Morrow |
| 1,553,996 | A | 9/1925 | Federer |
| 1,582,483 | A | 4/1926 | Runyan |
| 1,600,604 | A | 9/1926 | Sorlien |
| 1,616,478 | A | 2/1927 | Watson |
| 1,640,517 | A | 8/1927 | Procknow |
| 1,662,372 | A | 3/1928 | Ward |
| 1,701,948 | A | 2/1929 | Crowe |
| 1,711,490 | A | 5/1929 | Drummond |
| 1,712,828 | A | 5/1929 | Klehm |
| 1,774,521 | A | 9/1930 | Neighbour |
| 1,807,120 | A | 5/1931 | Lewis |
| 1,811,066 | A | 6/1931 | Tannewitz |
| 1,879,280 | A | 9/1932 | James |
| 1,896,924 | A | 2/1933 | Ulrich |
| 1,902,270 | A | 3/1933 | Tate |
| 1,904,005 | A | 4/1933 | Masset |
| 1,910,651 | A | 5/1933 | Tautz |
| 1,938,548 | A | 12/1933 | Tautz |
| 1,938,549 | A | 12/1933 | Tautz |
| 1,963,688 | A | 6/1934 | Tautz |
| 1,988,102 | A | 1/1935 | Woodward |
| 1,993,219 | A | 3/1935 | Merrigan |
| 2,007,887 | A | 7/1935 | Tautz |
| 2,010,851 | A | 8/1935 | Drummond |
| 2,020,222 | A | 11/1935 | Tautz |
| 2,038,810 | A | 4/1936 | Tautz |
| 2,075,282 | A | 3/1937 | Hedgpeth |
| 2,095,330 | A | 10/1937 | Hedgpeth |
| 2,106,288 | A | 1/1938 | Tautz |
| 2,106,321 | A | 1/1938 | Guertin |
| 2,121,069 | A | 6/1938 | Collins |
| 2,131,492 | A | 9/1938 | Ocenasek |
| 2,163,320 | A | 6/1939 | Hammond |
| 2,168,282 | A | 8/1939 | Tautz |
| 2,241,556 | A | 5/1941 | MacMillin et al. |
| 2,261,696 | A | 11/1941 | Ocenasek |
| 2,265,407 | A | 12/1941 | Tautz |
| 2,286,589 | A | 6/1942 | Tannewitz |
| 2,292,872 | A | 8/1942 | Eastman |
| 2,299,262 | A | 10/1942 | Uremovich |
| 2,312,118 | A | 2/1943 | Neisewander |
| 2,313,686 | A | 3/1943 | Uremovich |
| 2,328,244 | A | 8/1943 | Woodward |
| 2,352,235 | A | 6/1944 | Tautz |
| 2,377,265 | A | 3/1945 | Rady |
| 2,402,232 | A | 6/1946 | Baker |
| 2,425,331 | A | 8/1947 | Kramer |
| 2,434,174 | A | 1/1948 | Morgan |
| 2,452,589 | A | 11/1948 | McWhirter et al. |
| 2,466,325 | A | 4/1949 | Ocenasek |
| 2,496,613 | A | 2/1950 | Woodward |
| 2,509,813 | A | 5/1950 | Dineen |
| 2,517,649 | A | 8/1950 | Frechtmann |
| 2,518,684 | A | 8/1950 | Harris |
| 2,530,290 | A | 11/1950 | Collins |
| 2,554,124 | A | 5/1951 | Salmont |
| 2,562,396 | A | 7/1951 | Schutz |
| 2,572,326 | A | 10/1951 | Evans |
| 2,590,035 | A | 3/1952 | Pollak |
| 2,593,596 | A | 4/1952 | Olson |
| 2,601,878 | A | 7/1952 | Anderson |
| 2,623,555 | A | 12/1952 | Eschenburg |
| 2,625,966 | A | 1/1953 | Copp |
| 2,626,639 | A | 1/1953 | Hess |
| 2,661,777 | A | 12/1953 | Hitchcock |
| 2,661,780 | A | 12/1953 | Morgan |
| 2,675,707 | A | 4/1954 | Brown |
| 2,678,071 | A | 5/1954 | Odlum et al. |
| 2,690,084 | A | 9/1954 | Van Dam |
| 2,695,638 | A | 11/1954 | Gaskell |
| 2,704,560 | A | 3/1955 | Woessner |
| 2,711,762 | A | 6/1955 | Gaskell |
| 2,722,246 | A | 11/1955 | Arnoldy |
| 2,731,049 | A | 1/1956 | Akin |
| 2,736,348 | A | 2/1956 | Nelson |
| 2,737,213 | A | 3/1956 | Richards et al. |
| 2,758,615 | A | 8/1956 | Mastriforte |
| 2,785,710 | A | 3/1957 | Mowery, Jr. |
| 2,786,496 | A | 3/1957 | Eschenburg |
| 2,810,408 | A | 10/1957 | Boice et al. |
| 2,844,173 | A | 7/1958 | Gaskell |
| 2,850,054 | A | 9/1958 | Eschenburg |
| 2,852,047 | A | 9/1958 | Odlum et al. |
| 2,873,773 | A | 2/1959 | Gaskell |
| 2,883,486 | A | 4/1959 | Mason |
| 2,894,546 | A | 7/1959 | Eschenburg |
| 2,913,025 | A | 11/1959 | Richards |
| 2,913,581 | A | 11/1959 | Simonton et al. |
| 2,945,516 | A | 7/1960 | Edgemond, Jr. et al. |
| 2,954,118 | A | 9/1960 | Anderson |
| 2,957,166 | A | 10/1960 | Gluck |
| 2,978,084 | A | 4/1961 | Vilkaitis |
| 2,984,268 | A | 5/1961 | Vuichard |
| 2,991,593 | A | 7/1961 | Cohen |
| 3,005,477 | A | 10/1961 | Sherwen |
| 3,011,529 | A | 12/1961 | Copp |
| 3,011,610 | A | 12/1961 | Stiebel et al. |
| 3,013,592 | A | 12/1961 | Ambrosio et al. |
| 3,021,881 | A | 2/1962 | Edgemond, Jr. et al. |
| 3,035,995 | A | 5/1962 | Seeley et al. |
| 3,047,116 | A | 7/1962 | Stiebel et al. |
| 3,085,602 | A | 4/1963 | Gaskell |
| 3,105,530 | A | 10/1963 | Peterson |
| 3,129,731 | A | 4/1964 | Tyrrell |

| | | |
|---|---|---|
| 3,163,732 A | 12/1964 | Abbott |
| 3,184,001 A | 5/1965 | Reinsch et al. |
| 3,186,256 A | 6/1965 | Reznick |
| 3,207,273 A | 9/1965 | Jurin |
| 3,213,731 A | 10/1965 | Renard |
| 3,224,474 A | 12/1965 | Bloom |
| 3,232,326 A | 2/1966 | Speer et al. |
| 3,246,205 A | 4/1966 | Miller |
| 3,249,134 A | 5/1966 | Vogl et al. |
| 3,306,149 A | 2/1967 | John |
| 3,313,185 A | 4/1967 | Drake et al. |
| 3,315,715 A | 4/1967 | Mytinger |
| 3,323,814 A | 6/1967 | Phillips |
| 3,337,008 A | 8/1967 | Trachte |
| 3,356,111 A | 12/1967 | Mitchell |
| 3,386,322 A | 6/1968 | Stone et al. |
| 3,439,183 A | 4/1969 | Hurst, Jr. |
| 3,445,835 A | 5/1969 | Fudaley |
| 3,454,286 A | 7/1969 | Anderson et al. |
| 3,456,696 A | 7/1969 | Gregory et al. |
| 3,512,440 A | 5/1970 | Frydmann |
| 3,538,964 A | 11/1970 | Warrick et al. |
| 3,540,338 A | 11/1970 | McEwan et al. |
| 3,554,067 A | 1/1971 | Scutella |
| 3,566,996 A | 3/1971 | Crossman |
| 3,580,376 A | 5/1971 | Loshbough |
| 3,581,784 A | 6/1971 | Warrick |
| 3,613,748 A | 10/1971 | De Pue |
| 3,670,788 A | 6/1972 | Pollak et al. |
| 3,675,444 A | 7/1972 | Whipple |
| 3,680,609 A | 8/1972 | Menge |
| 3,688,815 A | 9/1972 | Ridenour |
| 3,695,116 A | 10/1972 | Baur |
| 3,696,844 A | 10/1972 | Bernatschek |
| 3,745,546 A | 7/1973 | Struger et al. |
| 3,749,933 A | 7/1973 | Davidson |
| 3,754,493 A | 8/1973 | Niehaus et al. |
| 3,772,590 A | 11/1973 | Mikulecky et al. |
| 3,785,230 A | 1/1974 | Lokey |
| 3,805,639 A * | 4/1974 | Peter ........................... 74/616 |
| 3,805,658 A * | 4/1974 | Scott et al. .................... 83/545 |
| 3,808,932 A | 5/1974 | Russell |
| 3,829,850 A | 8/1974 | Guetersloh |
| 3,858,095 A | 12/1974 | Friemann et al. |
| 3,861,016 A | 1/1975 | Johnson et al. |
| 3,863,208 A | 1/1975 | Balban |
| 3,880,032 A | 4/1975 | Green |
| 3,882,744 A | 5/1975 | McCarroll |
| 3,886,413 A | 5/1975 | Dow et al. |
| 3,889,567 A * | 6/1975 | Sato et al. .................... 83/818 |
| 3,922,785 A | 12/1975 | Fushiya |
| 3,924,688 A | 12/1975 | Cooper et al. |
| 3,931,727 A | 1/1976 | Luenser |
| 3,935,777 A | 2/1976 | Bassett |
| 3,945,286 A | 3/1976 | Smith |
| 3,946,631 A | 3/1976 | Malm |
| 3,947,734 A | 3/1976 | Fyler |
| 3,949,636 A | 4/1976 | Ball et al. |
| 3,953,770 A | 4/1976 | Hayashi |
| 3,960,310 A | 6/1976 | Nussbaum |
| 3,967,161 A | 6/1976 | Lichtblau |
| 3,974,565 A | 8/1976 | Ellis |
| 3,975,600 A | 8/1976 | Marston |
| 3,978,624 A | 9/1976 | Merkel et al. |
| 3,994,192 A | 11/1976 | Faig |
| 4,007,679 A | 2/1977 | Edwards |
| 4,016,490 A | 4/1977 | Weckenmann et al. |
| 4,026,174 A | 5/1977 | Fierro |
| 4,026,177 A | 5/1977 | Lokey |
| 4,029,159 A * | 6/1977 | Nymann .................... 173/217 |
| 4,047,156 A | 9/1977 | Atkins |
| 4,048,886 A * | 9/1977 | Zettler ........................... 83/58 |
| 4,060,160 A | 11/1977 | Lieber |
| 4,070,940 A | 1/1978 | McDaniel et al. |
| 4,075,961 A | 2/1978 | Harris |
| 4,077,161 A | 3/1978 | Wyle et al. |
| 4,085,303 A | 4/1978 | McIntyre et al. |
| 4,090,345 A | 5/1978 | Harkness |
| 4,091,698 A | 5/1978 | Obear et al. |
| 4,106,378 A | 8/1978 | Kaiser |
| 4,117,752 A | 10/1978 | Yoneda |
| 4,145,940 A | 3/1979 | Woloveke et al. |
| 4,152,833 A | 5/1979 | Phillips |
| 4,161,649 A | 7/1979 | Klos et al. |
| 4,175,452 A | 11/1979 | Idel |
| 4,190,000 A | 2/1980 | Shaull et al. |
| 4,195,722 A | 4/1980 | Anderson et al. |
| 4,199,930 A | 4/1980 | Lebet et al. |
| 4,249,117 A | 2/1981 | Leukhardt et al. |
| 4,249,442 A | 2/1981 | Fittery |
| 4,262,278 A | 4/1981 | Howard et al. |
| 4,267,914 A | 5/1981 | Saar |
| 4,270,427 A | 6/1981 | Colberg et al. |
| 4,276,799 A | 7/1981 | Muehling |
| 4,291,794 A | 9/1981 | Bauer |
| 4,305,442 A | 12/1981 | Currie |
| 4,321,841 A | 3/1982 | Felix |
| 4,372,202 A | 2/1983 | Cameron |
| 4,391,358 A | 7/1983 | Haeger |
| 4,418,597 A | 12/1983 | Krusemark et al. |
| 4,466,233 A | 8/1984 | Thesman |
| 4,470,046 A | 9/1984 | Betsill |
| 4,510,489 A | 4/1985 | Anderson, III et al. |
| 4,512,224 A | 4/1985 | Terauchi |
| 4,518,043 A | 5/1985 | Anderson et al. |
| 4,532,501 A | 7/1985 | Hoffman |
| 4,532,844 A | 8/1985 | Chang et al. |
| 4,557,168 A * | 12/1985 | Tokiwa ........................... 83/56 |
| 4,560,033 A | 12/1985 | DeWoody et al. |
| 4,566,512 A | 1/1986 | Wilson |
| 4,573,556 A | 3/1986 | Andreasson |
| 4,576,073 A | 3/1986 | Stinson |
| 4,589,047 A | 5/1986 | Gaus et al. |
| 4,589,860 A | 5/1986 | Brandenstein et al. |
| 4,599,597 A | 7/1986 | Rotbart |
| 4,599,927 A | 7/1986 | Eccardt et al. |
| 4,606,251 A | 8/1986 | Boileau |
| 4,615,247 A | 10/1986 | Berkeley |
| 4,621,300 A | 11/1986 | Summerer |
| 4,625,604 A | 12/1986 | Handler et al. |
| 4,637,188 A | 1/1987 | Crothers |
| 4,637,289 A | 1/1987 | Ramsden |
| 4,644,832 A * | 2/1987 | Smith ........................... 83/72 |
| 4,653,189 A * | 3/1987 | Andreasson ................ 30/382 |
| 4,657,428 A | 4/1987 | Wiley |
| 4,672,500 A | 6/1987 | Tholome et al. |
| 4,675,664 A | 6/1987 | Cloutier et al. |
| 4,679,719 A | 7/1987 | Kramer |
| 4,722,021 A | 1/1988 | Hornung et al. |
| 4,751,603 A | 6/1988 | Kwan |
| 4,756,220 A | 7/1988 | Olsen et al. |
| 4,757,881 A | 7/1988 | Jonsson et al. |
| 4,792,965 A | 12/1988 | Morgan |
| 4,805,504 A | 2/1989 | Fushiya |
| 4,840,135 A | 6/1989 | Yamauchi |
| 4,845,476 A | 7/1989 | Rangeard et al. |
| 4,864,455 A | 9/1989 | Shimomura et al. |
| 4,875,398 A | 10/1989 | Taylor et al. |
| 4,896,607 A | 1/1990 | Hall et al. |
| 4,906,962 A | 3/1990 | Duimstra |
| 4,934,233 A | 6/1990 | Brundage et al. |
| 4,936,876 A | 6/1990 | Reyes |
| 4,937,554 A | 6/1990 | Herman |
| 4,965,909 A | 10/1990 | McCullough et al. |
| 4,975,798 A | 12/1990 | Edwards et al. |
| 5,020,406 A | 6/1991 | Sasaki et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,025,175 A | | 6/1991 | Dubois, III | 5,921,367 A | 7/1999 | Kashioka et al. |
| 5,046,426 A | | 9/1991 | Julien et al. | 5,930,096 A | 7/1999 | Kim |
| 5,052,255 A | | 10/1991 | Gaines | 5,937,720 A | 8/1999 | Itzov |
| 5,074,047 A | | 12/1991 | King | 5,942,975 A | 8/1999 | Sorensen |
| 5,081,406 A | | 1/1992 | Hughes et al. | 5,943,932 A | 8/1999 | Sberveglieri |
| 5,082,316 A | | 1/1992 | Wardlaw | 5,950,514 A | 9/1999 | Benedict et al. |
| 5,083,973 A | | 1/1992 | Townsend | 5,963,173 A | 10/1999 | Lian et al. |
| 5,086,890 A | | 2/1992 | Turczyn et al. | 5,974,927 A | 11/1999 | Tsune |
| 5,094,000 A * | | 3/1992 | Becht et al. ................... 30/475 | 5,989,116 A * | 11/1999 | Johnson et al. ............. 452/150 |
| 5,119,555 A | | 6/1992 | Johnson | 6,018,284 A | 1/2000 | Rival et al. |
| 5,122,091 A | | 6/1992 | Townsend | 6,037,729 A | 3/2000 | Woods et al. |
| 5,174,349 A | | 12/1992 | Svetlik et al. | 6,052,884 A | 4/2000 | Steckler et al. |
| 5,184,534 A | | 2/1993 | Lee | 6,095,092 A | 8/2000 | Chou |
| 5,198,702 A | | 3/1993 | McCullough et al. | 6,119,984 A | 9/2000 | Devine |
| 5,199,343 A | | 4/1993 | OBanion | 6,133,818 A | 10/2000 | Hsieh et al. |
| 5,201,684 A | | 4/1993 | DeBois, III | 6,141,192 A | 10/2000 | Garzon |
| 5,207,253 A | | 5/1993 | Hoshino et al. | 6,148,504 A | 11/2000 | Schmidt et al. |
| 5,212,621 A | | 5/1993 | Panter | 6,150,826 A | 11/2000 | Hokodate et al. |
| 5,218,189 A | | 6/1993 | Hutchison | 6,170,370 B1 | 1/2001 | Sommerville |
| 5,231,359 A | | 7/1993 | Masuda et al. | 6,244,149 B1 | 6/2001 | Ceroll et al. |
| 5,231,906 A | | 8/1993 | Kogej | 6,257,061 B1 | 7/2001 | Nonoyama et al. |
| 5,239,978 A | | 8/1993 | Plangetis | 6,330,848 B1 | 12/2001 | Nishio et al. |
| 5,245,879 A | | 9/1993 | McKeon | 6,352,137 B1 | 3/2002 | Stegall et al. |
| 5,257,570 A | | 11/1993 | Shiotani et al. | 6,366,099 B1 | 4/2002 | Reddi |
| 5,265,510 A | | 11/1993 | Hoyer-Ellefsen | 6,376,939 B1 | 4/2002 | Suzuki et al. |
| 5,272,946 A | | 12/1993 | McCullough et al. | 6,404,098 B1 | 6/2002 | Kayama et al. |
| 5,276,431 A | | 1/1994 | Piccoli et al. | 6,405,624 B2 | 6/2002 | Sutton |
| 5,285,708 A | | 2/1994 | Bosten et al. | 6,418,829 B1 | 7/2002 | Pilchowski |
| 5,320,382 A | | 6/1994 | Goldstein et al. | 6,420,814 B1 | 7/2002 | Bobbio |
| 5,321,230 A | | 6/1994 | Shanklin et al. | 6,427,570 B1 | 8/2002 | Miller et al. |
| 5,331,875 A | | 7/1994 | Mayfield | 6,430,007 B1 | 8/2002 | Jabbari |
| 5,353,670 A | | 10/1994 | Metzger, Jr. | 6,431,425 B1 | 8/2002 | Moorman et al. |
| 5,377,554 A | | 1/1995 | Reulein et al. | 6,450,077 B1 | 9/2002 | Ceroll et al. |
| 5,377,571 A | | 1/1995 | Josephs | 6,453,786 B1 | 9/2002 | Ceroll et al. |
| 5,392,568 A | | 2/1995 | Howard, Jr. et al. | 6,460,442 B2 | 10/2002 | Talesky et al. |
| 5,392,678 A | | 2/1995 | Sasaki et al. | 6,471,106 B1 | 10/2002 | Reining |
| 5,401,928 A * | | 3/1995 | Kelley ........................ 200/510 | 6,479,958 B1 | 11/2002 | Thompson et al. |
| 5,411,221 A | | 5/1995 | Collins et al. | D466,913 S | 12/2002 | Ceroll et al. |
| 5,436,613 A | | 7/1995 | Ghosh et al. | 6,492,802 B1 | 12/2002 | Bielski |
| 5,451,750 A | | 9/1995 | An | D469,354 S | 1/2003 | Curtsinger |
| 5,453,903 A | | 9/1995 | Chow | 6,502,493 B1 | 1/2003 | Eccardt et al. |
| 5,471,888 A | | 12/1995 | McCormick | 6,536,536 B1 | 3/2003 | Gass et al. |
| 5,480,009 A * | | 1/1996 | Wieland et al. .......... 188/77 W | 6,543,324 B2 | 4/2003 | Dils |
| 5,503,059 A | | 4/1996 | Pacholok | 6,546,835 B2 | 4/2003 | Wang |
| 5,510,685 A | | 4/1996 | Grasselli | 6,575,067 B2 | 6/2003 | Parks et al. |
| 5,513,548 A | | 5/1996 | Garuglieri | 6,578,460 B2 | 6/2003 | Sartori |
| 5,534,836 A | | 7/1996 | Schenkel et al. | 6,578,856 B2 | 6/2003 | Kahle |
| 5,572,916 A * | | 11/1996 | Takano .......................... 83/74 | 6,595,096 B2 | 7/2003 | Ceroll et al. |
| 5,587,618 A | | 12/1996 | Hathaway | D478,917 S | 8/2003 | Ceroll et al. |
| 5,592,353 A | | 1/1997 | Shinohara et al. | 6,601,493 B1 | 8/2003 | Crofutt |
| 5,606,889 A | | 3/1997 | Bielinski et al. | 6,607,015 B1 | 8/2003 | Chen |
| 5,623,860 A | | 4/1997 | Schoene et al. | D479,538 S | 9/2003 | Welsh et al. |
| 5,648,644 A | | 7/1997 | Nagel | 6,617,720 B1 | 9/2003 | Egan, III et al. |
| 5,659,454 A | | 8/1997 | Vermesse | 6,619,348 B2 | 9/2003 | Wang |
| 5,667,152 A | | 9/1997 | Mooring | 6,640,683 B2 | 11/2003 | Lee |
| 5,671,633 A | | 9/1997 | Wagner | 6,644,157 B2 | 11/2003 | Huang |
| 5,695,306 A | | 12/1997 | Nygren, Jr. | 6,647,847 B2 | 11/2003 | Hewitt et al. |
| 5,700,165 A | | 12/1997 | Harris et al. | 6,659,233 B2 | 12/2003 | DeVlieg |
| 5,724,875 A | | 3/1998 | Meredith et al. | 6,736,042 B2 | 5/2004 | Behne et al. |
| 5,730,165 A | | 3/1998 | Philipp | 6,742,430 B2 | 6/2004 | Chen |
| 5,741,048 A | | 4/1998 | Eccleston | 6,796,208 B1 | 9/2004 | Jorgensen |
| 5,755,148 A | | 5/1998 | Stumpf et al. | 6,826,988 B2 | 12/2004 | Gass et al. |
| 5,771,742 A | | 6/1998 | Bokaie et al. | 6,857,345 B2 | 2/2005 | Gass et al. |
| 5,782,001 A | | 7/1998 | Gray | 6,874,397 B2 | 4/2005 | Chang |
| 5,787,779 A | | 8/1998 | Garuglieri | 6,874,399 B2 | 4/2005 | Lee |
| 5,791,057 A | | 8/1998 | Nakamura et al. | 6,920,814 B2 | 7/2005 | Gass et al. |
| 5,791,223 A | | 8/1998 | Lanzer | 6,945,148 B2 | 9/2005 | Gass et al. |
| 5,791,224 A | | 8/1998 | Suzuki et al. | 6,945,149 B2 | 9/2005 | Gass et al. |
| 5,791,441 A | | 8/1998 | Matos et al. | 2001/0032534 A1 | 10/2001 | Cerroll et al. |
| 5,819,619 A | | 10/1998 | Miller et al. | 2002/0096030 A1 | 7/2002 | Wang |
| 5,852,951 A | | 12/1998 | Santi | 2002/0109036 A1 | 8/2002 | Denen et al. |
| 5,861,809 A | | 1/1999 | Eckstein et al. | 2003/0037655 A1 | 2/2003 | Chin-Chin |
| 5,875,698 A | | 3/1999 | Ceroll et al. | 2003/0074873 A1 | 4/2003 | Freiberg et al. |

**US 7,225,712 B2**

Page 5

| | | | | | |
|---|---|---|---|---|---|
| 2003/0089212 A1 | 5/2003 | Parks et al. | 2005/0204885 A1 | 9/2005 | Gass et al. |
| 2003/0101857 A1 | 6/2003 | Chuang | | | |
| 2003/0109798 A1 | 6/2003 | Kermani | | | |
| 2004/0011177 A1 | 1/2004 | Huang | | | |
| 2004/0060404 A1 | 4/2004 | Metzger, Jr. | | | |
| 2004/0104085 A1 | 6/2004 | Lang et al. | | | |
| 2004/0159198 A1 | 8/2004 | Peot et al. | | | |
| 2004/0194594 A1 | 10/2004 | Dils et al. | | | |
| 2004/0200329 A1 | 10/2004 | Sako | | | |
| 2004/0226424 A1 | 11/2004 | O'Banion et al. | | | |
| 2004/0226800 A1 | 11/2004 | Pierga et al. | | | |
| 2005/0057206 A1 | 3/2005 | Uneyama | | | |
| 2005/0092149 A1 | 5/2005 | Hartmann | | | |
| 2005/0139051 A1 | 6/2005 | Gass et al. | | | |
| 2005/0139056 A1 | 6/2005 | Gass et al. | | | |
| 2005/0139057 A1 | 6/2005 | Gass et al. | | | |
| 2005/0139058 A1 | 6/2005 | Gass et al. | | | |
| 2005/0139459 A1 | 6/2005 | Gass et al. | | | |
| 2005/0155473 A1 | 7/2005 | Gass | | | |
| 2005/0166736 A1 | 8/2005 | Gass et al. | | | |
| 2005/0178259 A1 | 8/2005 | Gass et al. | | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 76186 | 8/1921 |
| DE | 2800403 | 7/1979 |
| DE | 3427733 | 1/1986 |
| DE | 4235161 A1 | 5/1993 |
| DE | 4326313 | 2/1995 |
| DE | 19609771 | 6/1998 |
| EP | 146460 | 11/1988 |
| EP | 0362937 A2 | 4/1990 |
| ES | 2152184 | 1/2001 |
| FR | 2556643 | 6/1985 |
| FR | 2570017 | 3/1986 |
| GB | 598204 | 2/1948 |
| GB | 1132708 | 11/1968 |
| GB | 2096844 | 10/1982 |
| GB | 2142571 | 1/1985 |

\* cited by examiner



U.S. Patent    Jun. 5, 2007    Sheet 1 of 6    US 7,225,712 B2



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

Fig. 9



Fig. 10

Fig. 11

# MOTION DETECTING SYSTEM FOR USE IN A SAFETY SYSTEM FOR POWER EQUIPMENT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of and priority from the following U.S. Provisional Patent Applications: Ser. No. 60/225,056, filed Aug. 14, 2000, Ser. No. 60/225,057, filed Aug. 14, 2000, Ser. No. 60/225,058, filed Aug. 14, 2000, Ser. No. 60/225,059, filed Aug. 14, 2000, Ser. No. 60/225,089, filed Aug. 14, 2000, Ser. No. 60/225,094, filed Aug. 14, 2000, Ser. No. 60/225,169, filed Aug. 14, 2000, Ser. No. 60/225,170, filed Aug. 14, 2000, Ser. No. 60/225,200, filed Aug. 14, 2000, Ser. No. 60/225,201, filed Aug. 14 , 2000, Ser. No. 60/225,206, filed Aug. 14 , 2000, Ser. No. 60/225, 210, filed Aug. 14, 2000, Ser. No. 60/225,211, filed Aug. 14, 2000, and Ser. No. 60/225,212, filed Aug. 14, 2000.

## FIELD

The present invention relates to safety systems, and more particularly to a high-speed safety system for use on power equipment.

## BACKGROUND

Beginning with the industrial revolution and continuing to the present, mechanized equipment has allowed workers to produce goods with greater speed and less effort than possible with manually-powered tools. Unfortunately, the power and high operating speeds of mechanized equipment creates a risk for those operating such machinery. Each year thousands of people are maimed or killed by accidents involving power equipment.

As might be expected, many systems have been developed to minimize the risk of injury when using power equipment. Probably the most common safety feature is a guard that physically blocks an operator from making contact with dangerous components of machinery, such as belts, shafts or blades. In many cases, guards are effective to reduce the risk of injury, however, there are many instances where the nature of the operations to be performed precludes using a guard that completely blocks access to hazardous machine parts.

Various systems have been proposed to prevent accidental injury where guards cannot effectively be employed. For instance, U.S. Pat. Nos. 941,726, 2,978,084, 3,011,610, 3,047,116, 4,195,722 and 4,321,841, the disclosures of which are incorporated herein by reference, all disclose safety systems for use with power presses. These systems utilize cables attached to the wrists of the operator that either pull back a user's hands from the work zone upon operation or prevent operation until the user's hands are outside the danger zone. U.S. Pat. Nos. 3,953,770, 4,075,961, 4,470, 046, 4,532,501 and 5,212,621, the disclosures of which are incorporated herein by reference, disclose radio-frequency safety systems which utilize radio-frequency signals to detect the presence of a user's hand in a dangerous area of the machine and thereupon prevent or interrupt operation of the machine.

U.S. Pat. Nos. 4,959,909, 5,025,175, 5,122,091, 5,198, 702, 5,201,684, 5,272,946, and 5,510,685 disclose safety systems for use with meat-skinning equipment, and are incorporated herein by reference. These systems interrupt or reverse power to the motor, or disengage a clutch, upon contact with a user's hand by any dangerous portion of the machine. Typically, contact between the user and the machine is detected by monitoring for electrical contact between a fine wire mesh in a glove worn by the user and some metal component in the dangerous area of the machine.

U.S. Pat. Nos. 3,785,230 and 4,026,177, the disclosures of which are herein incorporated by reference, disclose a safety system for use on circular saws to stop the blade when a user's hand approaches the blade. The system uses the blade as an antenna in an electromagnetic proximity detector to detect the approach of a user's hand prior to actual contact with the blade. Upon detection of a user's hand, the system engages a brake using a standard solenoid. U.S. Pat. No. 4,117,752, which is herein incorporated by reference, discloses a similar braking system for use with a band saw, where the brake is triggered by actual contact between the user's hand and the blade.

It is often necessary for an equipment operator to touch the blade or other cutting device of power equipment when the blade or device is not moving (e.g., to adjust the blade, perform equipment maintenance, etc.). Thus, it would be desirable to disable the safety system when the blade is not moving since there is no danger to the user from contact with the blade.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a machine with a fast-acting safety system according to the present invention.

FIG. **2** is a schematic diagram of an exemplary safety system in the context of a machine having a circular blade.

FIG. **3** is a partial cross-section view of an exemplary magnetic sensor assembly according to the present invention, where the arbor is not in cross-sectional view.

FIG. **4** is a schematic diagram of an exemplary circuit according to the present invention for use with a magnetic sensor assembly.

FIG. **5** is a schematic view of an exemplary EMF sensor assembly according to the present invention.

FIG. **6** is a partial cross-section view of an exemplary optical sensor assembly according to the present invention, where the arbor is not in cross-sectional view.

FIG. **7** is a side elevation of an alternative optical sensor assembly according to the present invention.

FIG. **8** is a cross-section view of the alternative optical sensor assembly of FIG. **7**, taken generally along the line **8**—**8**.

FIG. **9**. is a schematic diagram of an exemplary circuit according to the present invention for use with an optical sensor assembly.

FIG. **10** is a partial cross-section view of an exemplary electrical sensor assembly according to the present invention, where the arbor is not in cross-sectional view.

FIG. **11** is a schematic side elevation of an alternative electrical sensor assembly according to the present invention.

## DETAILED DESCRIPTION

A machine is shown schematically in FIG. **1** and indicated generally at **10**. Machine **10** may be any of a variety of different machines adapted for cutting workpieces, such as wood, including a table saw, miter saw (chop saw), radial arm saw, circular saw, band saw, jointer, planer, etc. Machine **10** includes an operative structure **12** having a cutting tool **14** and a motor assembly **16** adapted to drive the

3

cutting tool. Machine **10** also includes a safety system **18** configured to minimize the potential of a serious injury to a person using machine **10**. Safety system **18** is adapted to detect the occurrence of one or more dangerous conditions during use of machine **10**. If such a dangerous condition is detected, safety system **18** is adapted to engage operative structure **12** to limit any injury to the user caused by the dangerous condition.

Machine **10** also includes a suitable power source **20** to provide power to operative structure **12** and safety system **18**. Power source **20** may be an external power source such as line current, or an internal power source such as a battery. Alternatively, power source **20** may include a combination of both external and internal power sources. Furthermore, power source **20** may include two or more separate power sources, each adapted to power different portions of machine **10**.

It will be appreciated that operative structure **12** may take any one of many different forms, depending on the type of machine **10**. For example, operative structure **12** may include a stationary housing configured to support motor assembly **16** in driving engagement with cutting tool **14**. Alternatively, operative structure **12** may include a movable structure configured to carry cutting tool **14** between multiple operating positions. As a further alternative, operative structure **12** may include one or more transport mechanisms adapted to convey a workpiece toward and/or away from cutting tool **14**.

Motor assembly **16** includes one or more motors adapted to drive cutting tool **14**. The motors may be either directly or indirectly coupled to the cutting tool, and may also be adapted to drive workpiece transport mechanisms. Cutting tool **14** typically includes one or more blades or other suitable cutting implements that are adapted to cut or remove portions from the workpieces. The particular form of cutting tool **14** will vary depending upon the various embodiments of machine **10**. For example, in table saws, miter saws, circular saws and radial arm saws, cutting tool **14** will typically include one or more circular rotating blades having a plurality of teeth disposed along the perimetrical edge of the blade. For a jointer or planer, the cutting tool typically includes a plurality of radially spaced-apart blades. For a band saw, the cutting tool includes an elongate, circuitous tooth-edged band.

Safety system **18** includes a detection subsystem **22**, a reaction subsystem **24** and a control subsystem **26**. Control subsystem **26** may be adapted to receive inputs from a variety of sources including detection subsystem **22**, reaction subsystem **24**, operative structure **12** and motor assembly **16**. The control subsystem may also include one or more sensors adapted to monitor selected parameters of machine **10**. In addition, control subsystem **26** typically includes one or more instruments operable by a user to control the machine. The control subsystem is configured to control machine **10** in response to the inputs it receives.

Detection subsystem **22** is configured to detect one or more dangerous, or triggering, conditions during use of machine **10**. For example, the detection subsystem may be configured to detect that a portion of the user's body is dangerously close to, or in contact with, a portion of cutting tool **14**. As another example, the detection subsystem may be configured to detect the rapid movement of a workpiece due to kickback by the cutting tool, as is described in U.S. Provisional Patent Application Ser. No. 60/182,866, the disclosure of which is herein incorporated by reference. In some embodiments, detection subsystem **22** may inform control subsystem **26** of the dangerous condition, which then

4

activates reaction subsystem **24**. In other embodiments, the detection subsystem may be adapted to activate the reaction subsystem directly.

Once activated in response to a dangerous condition, reaction subsystem **24** is configured to engage operative structure **12** quickly to prevent serious injury to the user. It will be appreciated that the particular action to be taken by reaction subsystem **24** will vary depending on the type of machine **10** and/or the dangerous condition that is detected. For example, reaction subsystem **24** may be configured to do one or more of the following: stop the movement of cutting tool **14**, disconnect motor assembly **16** from power source **20**, place a barrier between the cutting tool and the user, or retract the cutting tool from its operating position, etc. The reaction subsystem may be configured to take a combination of steps to protect the user from serious injury. Placement of a barrier between the cutting tool and teeth is described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,206, entitled "Cutting Tool Safety System," filed Aug. 14, 2000 by SD3, LLC, the disclosure of which is herein incorporated by reference. Retraction of the cutting tool from its operating position is described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,089, entitled "Retraction System For Use In Power Equipment," filed Aug. 14, 2000 by SD3, LLC, the disclosure of which is herein incorporated by reference.

The configuration of reaction subsystem **24** typically will vary depending on which action(s) are taken. In the exemplary embodiment depicted in FIG. **1**, reaction subsystem **24** is configured to stop the movement of cutting tool **14** and includes a brake mechanism **28**, a biasing mechanism **30**, a restraining mechanism **32**, and a release mechanism **34**. Brake mechanism **28** is adapted to engage operative structure **12** under the urging of biasing mechanism **30**. During normal operation of machine **10**, restraining mechanism **32** holds the brake mechanism out of engagement with the operative structure. However, upon receipt of an activation signal by reaction subsystem **24**, the brake mechanism is released from the restraining mechanism by release mechanism **34**, whereupon, the brake mechanism quickly engages at least a portion of the operative structure to bring the cutting tool to a stop.

It will be appreciated by those of skill in the art that the exemplary embodiment depicted in FIG. **1** and described above may be implemented in a variety of ways depending on the type and configuration of operative structure **12**. Turning attention to FIG. **2**, one example of the many possible implementations of safety system **18** is shown. System **18** is configured to engage an operative structure having a cutting tool in the form of a circular blade **40** mounted on a rotating shaft or arbor **42**. Blade **40** includes a plurality of cutting teeth (not shown) disposed around the outer edge of the blade. As described in more detail below, braking mechanism **28** is adapted to engage the teeth of blade **40** and stop the rotation of the blade. U.S. Provisional Patent Application Ser. No. 60/225,210, entitled "Translation Stop For Use In Power Equipment," filed Aug. 14, 2000 by SD3, LLC, the disclosure of which is herein incorporated by reference, describes other systems for stopping the movement of the cutting tool. U.S. Provisional Patent Application Ser. No. 60/225,058, entitled "Table Saw With Improved Safety System," filed Aug. 14, 2000 by SD3, LLC, and U.S. Provisional Patent Application Ser. No. 60/225,057, entitled "Miter Saw With Improved Safety System," filed Aug. 14, 2000 by SD3, LLC, the disclosures of which are herein incorporated by reference, describe safety system **18** in the context of particular types of machines **10**.

In the exemplary implementation, detection subsystem **22** is adapted to detect the dangerous condition of the user coming into contact with blade **40**. The detection subsystem includes a sensor assembly, such as contact detection plates **44** and **46**, capacitively coupled to blade **40** to detect any contact between the user's body and the blade. Typically, the blade, or some larger portion of cutting tool **14** is electrically isolated from the remainder of machine **10**. Alternatively, detection subsystem **22** may include a different sensor assembly configured to detect contact in other ways, such as optically, resistively, etc. In any event, the detection subsystem is adapted to transmit a signal to control subsystem **26** when contact between the user and the blade is detected. Various exemplary embodiments and implementations of detection subsystem **22** are described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,200, entitled "Contact Detection System For Power Equipment," filed Aug. 14, 2000 by SD3, LLC, and U.S. Provisional Patent Application Ser. No. 60/225,211, entitled "Apparatus And Method For Detecting Dangerous Conditions In Power Equipment," filed Aug. 14, 2000 by SD3, LLC, the disclosures of which are herein incorporated by reference.

Control subsystem **26** includes one or more instruments **48** that are operable by a user to control the motion of blade **40**. Instruments **48** may include start/stop switches, speed controls, direction controls, etc. Control subsystem **26** also includes a logic controller **50** connected to receive the user's inputs via instruments **48**. Logic controller **50** is also connected to receive a contact detection signal from detection subsystem **22**. Further, the logic controller may be configured to receive inputs from other sources (not shown) such as blade motion sensors, workpiece sensors, etc. In any event, the logic controller is configured to control operative structure **12** in response to the user's inputs through instruments **48**. However, upon receipt of a contact detection signal from detection subsystem **22**, the logic controller overrides the control inputs from the user and activates reaction subsystem **24** to stop the motion of the blade. Various exemplary embodiments and implementations of control subsystem **26** are described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,059, entitled "Logic Control For Fast Acting Safety System," filed Aug. 14, 2000 by SD3, LLC, the disclosure of which is herein incorporated by reference.

In the exemplary implementation, brake mechanism **28** includes a pawl **60** mounted adjacent the edge of blade **40** and selectively moveable to engage and grip the teeth of the blade. Pawl **60** may be constructed of any suitable material adapted to engage and stop the blade. As one example, the pawl may be constructed of a relatively high strength thermoplastic material such as polycarbonate, ultrahigh molecular weight polyethylene (UHMW) or Acrylonitrile Butadiene Styrene (ABS), etc., or a metal such as aluminum, etc. It will be appreciated that the construction of pawl **60** will vary depending on the configuration of blade **40**. In any event, the pawl is urged into the blade by a biasing mechanism in the form of a spring **66**. In the illustrative embodiment shown in FIG. **2**, pawl **60** is pivoted into the teeth of blade **40**. It should be understood that sliding or rotary movement of pawl **60** may also be used. The spring is adapted to urge pawl **60** into the teeth of the blade with sufficient force to grip the blade and quickly bring it to a stop.

The pawl is held away from the edge of the blade by a restraining mechanism in the form of a fusible member **70**. The fusible member is constructed of a suitable material adapted to restrain the pawl against the bias of spring **66**, and also adapted to melt under a determined electrical current density. Examples of suitable materials for fusible member **70** include NiChrome wire, stainless steel wire, etc. The fusible member is connected between the pawl and a contact mount **72**. Preferably, fusible member **70** holds the pawl relatively close to the edge of the blade to reduce the distance the pawl must travel to engage the blade. Positioning the pawl relatively close to the edge of the blade reduces the time required for the pawl to engage and stop the blade. Typically, the pawl is held approximately ⅟₃₂-inch to ¼-inch from the edge of the blade by fusible member **70**, however other pawl-to-blade spacings may also be used within the scope of the invention.

Pawl **60** is released from its unactuated, or cocked, position to engage blade **40** by a release mechanism in the form of a firing subsystem **76**. The firing subsystem is coupled to contact mount **72**, and is configured to melt fusible member **70** by passing a surge of electrical current through the fusible member. Firing subsystem **76** is coupled to logic controller **50** and activated by a signal from the logic controller. When the logic controller receives a contact detection signal from detection subsystem **22**, the logic controller sends an activation signal to firing subsystem **76**, which melts fusible member **70**, thereby releasing the pawl to stop the blade. Various exemplary embodiments and implementations of reaction subsystem **24** are described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,056, entitled "Firing Subsystem For Use In Fast Acting Safety System," filed Aug. 14, 2000 by SD3, LLC, U.S. Provisional Patent Application Ser. No. 60/225,170, entitled "Spring-Biased Brake Mechanism for Power Equipment," filed Aug. 14, 2000 by SD3, LLC, and U.S. Provisional Patent Application Ser. No. 60/225,169, entitled "Brake Mechanism For Power Equipment," filed Aug. 14, 2000 by SD3, LLC, the disclosures of which are herein incorporated by reference.

It will be appreciated that activation of the brake mechanism will require the replacement of one or more portions of safety system **18**. For example, pawl **60** and fusible member **70** typically must be replaced before the safety system is ready to be used again. Thus, it may be desirable to construct one or more portions of safety system **18** in a cartridge that can be easily replaced. For example, in the exemplary implementation depicted in FIG. **2**, safety system **18** includes a replaceable cartridge **80** having a housing **82**. Pawl **60**, spring **66**, fusible member **70** and contact mount **72** are all mounted within housing **82**. Alternatively, other portions of safety system **18** may be mounted within the housing. In any event, after the reaction system has been activated, the safety system can be reset by replacing cartridge **80**. The portions of safety system **18** not mounted within the cartridge may be replaced separately or reused as appropriate. Various exemplary embodiments and implementations of a safety system using a replaceable cartridge are described in more detail in U.S. Provisional Patent Application Ser. No. 60/225,201, entitled "Replaceable Brake Mechanism For Power Equipment," filed Aug. 14, 2000 by SD3, LLC, and U.S. Provisional Patent Application Ser. No. 60/225,212, entitled "Brake Positioning System," filed Aug. 14, 2000 by SD3, LLC, the disclosures of which are herein incorporated by reference.

While one particular implementation of safety system **18** has been described, it will be appreciated that many variations and modifications are possible within the scope of the invention. Many such variations and modifications are described in U.S. Provisional Patent Application Ser. No. 60/182,866, filed Feb. 16, 2000 and U.S. Provisional Patent

Application Ser. No. 60/157,340, filed Oct. 1, 1999, the disclosures of which are herein incorporated by reference.

As mentioned above, safety system **18** may include a sensor or sensor assembly for detecting motion of the blade or cutting tool. The sensor assembly typically is coupled to send a signal to logic controller **50** indicating whether the blade is in motion. The logic controller may be configured to respond differently to the detection of a dangerous condition based on whether the blade is moving. For example, it is often necessary for a user of machine **10** to touch blade **40** when preparing the machine for use, and when installing or removing the blade. Usually, the user would disconnect all power from machine **10** while performing such operations. However, in the event that the user neglects to disconnect the machine from power source **20** before touching the blade, logic controller **50** would receive a contact detection signal from detection subsystem **22**. If safety system **18** includes a blade motion sensor, then logic controller **50** may be configured not to actuate firing subsystem **76** when the blade is not moving. Instead, the logic controller may be configured to take one or more other actions such as disabling motor assembly **16**, sounding an alarm, displaying an error, etc. Alternatively, the logic controller may be configured to take no action if contact is detected while the blade is not moving.

In addition to detecting whether the blade is moving, safety system **18** may also be configured to determine the speed at which the blade is moving. This allows the logic controller to distinguish between rapid blade movement which could cause injury to the user, and slow blade movement which generally would not cause injury to the user. Thus, for example, a user could move the blade by hand without actuating firing subsystem **76**. In some embodiments, the blade motion sensor may be configured to determine relative blade speed. In alternative embodiments, logic controller **50** may be configured to analyze the signal from the blade motion sensor to determine relative blade speed.

It will be appreciated that the speed at which a blade is considered likely to cause injury will vary depending on the type of machine **10** and blade **40**. For example, a 14-inch carbide tooth blade on a table saw will cause serious injury at a lower speed than a 5⅜-inch plywood blade on a cordless trim saw. Thus, an embodiment of safety system **18** for use on the table saw may be configured to actuate the firing subsystem only at blade speeds above approximately 10, 25, 60, or 90 rpm, while an alternative embodiment of safety system **18** for use on the trim saw may be configured to actuate the firing subsystem only at blade speeds above approximately 40, 100, or 240 rpm.

Alternatively or additionally, the logic controller may be configured to interpret blade motion as being dangerous only when detected during or soon after motor assembly **16** was in operation. In other words, the blade motion detection would only be active while the blade was being moved by the motor assembly and during a relatively brief period afterward while the blade was coasting to a stop. Any blade motion detected at other times would be ignored.

Safety system **18** may include any of a wide variety of sensor assemblies to detect blade movement. Furthermore, each sensor assembly may be adapted as necessary depending on the particular type of blade **40** and/or the configuration of machine **10**. While several exemplary sensor assemblies are described herein, it will be understood that all methods and mechanisms suitable for automatically detecting the motion of a blade are within the scope of the invention.

One exemplary embodiment of safety system **18** includes a magnetic sensor assembly **1000** configured to detect movement of the blade. It will be appreciated that the blade movement may be detected by monitoring the blade or any other portion of the safety system that moves with the blade, including the arbor, bearings, motor assembly, arbor pulley, etc. In the exemplary implementation depicted in FIG. **3**, magnetic sensor assembly **1000** includes a Hall effect sensor **1001** and one or more magnets **1002**. A coil could also be used to detect magnetic field fluctuations from rotation. The magnets are mounted on arbor **42**. Sensor **1001** is mounted and configured to detect blade motion by detecting the movement of the magnets on the arbor. Sensor **1001** may be any suitable Hall effect sensor such as, for example, the sensor available from Micronas Intermetall of San Jose, Calif., under the part no. HAL114.

Hall effect sensor **1001** may be mounted adjacent the arbor by any suitable method. In the exemplary implementation, the sensor is mounted in a recessed region **272** of an insulating tube **268**. The insulating tube also supports charge plates **44** and **46**, as is described in more detail in U.S. Provisional Application Ser. No. 60/225,211, entitled "Apparatus and Method for Detecting Dangerous Conditions in Power Equipment," filed Aug. 14, 2000, by SD3, LLC. The recessed region is disposed at least partially over a hole **273** in charge plate **44**. Alternatively the recessed region may be disposed over a hole **273** in charge plate **46**. In any event, magnet **1002** is disposed on arbor **42** to pass beneath or adjacent hole **273** as the arbor rotates within the insulating tube. Hole **273** allows sensor **1001** to detect the field created by magnet **1002** as it passes. Sensor **1001** includes one or more connector leads **1003** connectable to receive power from, and transmit signals to, logic controller **50**.

Magnets **1002** may be mounted on the arbor in any suitable fashion. Typically, the magnets are mounted so as not to extend above the surface of the arbor. For example, the magnets may be press-fit and/or glued in a recess formed on the arbor. Alternatively, one or more of the magnets may be mounted to extend above the surface of the arbor. The size and number of magnets **1002** may be varied to control the signal produced by sensor **1001**. In alternative embodiments, magnets **1002** may be mounted at other locations such as an end of arbor **42**, on blade **40**, etc.

Sensor **1001** may be connected to send signals to logic controller **50** via any suitable circuitry. For example, FIG. **4** illustrates one exemplary rotation sense circuit **177** adapted to couple the signals from sensor **1001** to logic controller **50**. Those of skill in the art will appreciate that circuit **177** may be modified as needed for a particular application.

Another example of a suitable method for detecting blade motion is through electromagnetic field (EMF) measurements. As is known to those of skill in the art, when power to an electric motor is shut off, the motor will produce EMF pulses on the input power cables as the motor spins down. Thus, where blade **40** is driven by an electric motor assembly **16**, the blade may be assumed to be in motion whenever an EMF pulse is detected on the power supply cables, as well as whenever power is being supplied to the motor assembly.

Thus, in another exemplary embodiment depicted in FIG. **5**, safety system **18** includes an EMF sensor assembly **1005** configured to detect motion of blade **40**. Sensor assembly **1005** includes an EMF detection circuit **1006** disposed in the power supply path between motor assembly **16** and power source **20**. Circuit **1006** is adapted to monitor power cables **1007** which extend between the power source and the motor assembly, and to detect the presence of EMF pulses on the

cables. Alternatively, circuit **1006** may be disposed at any other location suitable for detecting EMF pulses from motor assembly **16**. Circuit **1006** may be any circuit or mechanism adapted to detect EMF pulses, such as are known to those of skill in the art. Circuit **1006** is also coupled to logic controller **50**, and adapted to convey a signal to the logic controller indicating the presence and/or absence of EMF pulses on cables **1007**. Optionally, circuit **1006** and/or logic controller **50** may be adapted to analyze the detected EMF emissions, and evaluate the speed of blade **40**. In such case, the logic controller may be configured not to actuate firing subsystem **76** when the speed of the blade is unlikely to cause serious injury to the user.

In another exemplary embodiment, safety system **18** includes an optical sensor assembly adapted to optically detect movement of blade **40**. Safety system **18** may be configured to optically detect blade motion in a variety of ways. For example, a rotary optical encoder may be coupled to the arbor to detect rotation of the arbor. Any rotary encoder may be used, such as those available from Omron Electronics Inc., of Schaumburg, Ill. Alternatively, other optical sensor assemblies may be used as described below.

Typically, the optical sensor assembly will be at least partially enclosed to prevent saw dust or other debris from interfering with the detection. One exemplary implementation of an optical sensor assembly is indicated generally at **1010** in FIG. **6**. Sensor assembly **1010** includes an optical detector **1011** adapted to detect light from an optical source **1012**. Alternatively, plural optical sources and/or plural optical detectors may be used. It will be appreciated that any of a variety of different optical sources may be used which are known to those of skill in the art, including an incandescent or fluorescent bulb, light emitting diode (LED), laser diode, etc. Similarly, any of a variety of different optical detectors may be used which are known to those of skill in the art, including a photodiode, phototransistor, etc.

In any event, the optical source is arranged so that the signal received at the optical detector when the blade is moving is different than the signal received when the blade is stationary. For example, the source and detector may be arranged so that a signal is received only when the blade is moving, or only when the blade is stationary. Alternatively, source **1012** and detector **1011** may be arranged so that the amount of emitted light that reaches the detector varies when the blade is in motion.

The implementation depicted in FIG. **6** uses this latter arrangement. Sensor assembly **1010** includes an LED **1012** mounted in insulating tube **268** to emit light through hole **273** in charge plate **44** or **46**. The light reflects off arbor **42** and is detected by a photodiode **1011** which is also mounted in insulating tube **268** adjacent hole **273**. The arbor includes one or more reduced-reflection regions **1013** adapted to reduce the amount of light reflected to photodiode **1011**. Regions **1013** may be formed by coating the arbor with a light-absorbing coating, roughening the arbor to cause random scattering of the light, etc. In any event, the reduced reflecting regions create a varying signal at the photodiode when the arbor is rotating. In contrast, a constant signal is produced at the photodiode when the arbor is stationary.

The minimal clearance between arbor **42** and charge plates **44**, **46** tends to maintain the space between the arbor and the photodiode/LED relatively free of debris which could block the signal. Alternatively, the insulating tube assembly may be sealed in a protective housing (not shown).

In another alternative implementation depicted in FIGS. **7** and **8**, optical sensor assembly **1010** includes a barrier member **1014** mounted on the arbor and disposed between photodiode **1011** and LED **1012**. Alternatively, the barrier member may be mounted on any other portion of cutting tool **14** or motor assembly **16** adapted to move with the blade. Barrier member **1014** includes one or more light-transmitting regions or holes **1015**, which may take any desired shape or size. The photodiode and LED are mounted in a support member **1016** attached to an arbor block **250**, and disposed on either side of barrier member **1014**. The photodiode is aligned so that emitted light will pass through holes **1015**. Likewise, the LED is aligned to detect the light which passes through the holes. Thus, as arbor **42** rotates, light from the LED is alternately blocked and transmitted by the barrier member, thereby creating a varying signal at the photodiode.

Photodiode **1011** and LED **1012** may be connected to any suitable driving circuitry such as are known to those of skill in the art. FIG. **9** shows one exemplary circuitry for producing an optical signal at LED **1012** and detecting the signal at photodiode **1011**. The particular values of the circuit components and voltage supplies may be selected as desired for a specific application. In any event, the photodiode is coupled to transmit a signal to logic controller **50** to indicate whether blade **40** is moving.

In another exemplary embodiment, safety system **18** includes an electrical sensor assembly adapted to electrically detect movement of blade **40**. There are numerous methods and mechanisms for electrically detecting blade movement within the scope of the invention. The particular method and/or mechanism selected will typically depend on the specific type and configuration of machine **10**. For example, where charge plate **46** is configured to capacitively detect a signal induced in the blade, any incidental eccentricity in the blade or the blade rotation will cause the capacitance between the blade and charge plate **46** to vary as the blade rotates. As a result, charge plate **46** will detect a varying signal amplitude when the blade is rotating. Thus, a single sensor may be configured to detect both contact with the user and rotation of the blade. Preferably, the incidental variation fluctuation is insufficient in magnitude and/or rate of change to trigger reaction subsystem **24**.

Rather than rely on incidental eccentricities, safety system **18** may include an exemplary electrical sensor assembly adapted to detect a signal variation caused by a designed eccentricity or non-uniformity in the blade. Alternatively, the sensor assembly may be adapted to detect the signal from an eccentricity in some portion of cutting tool **14** that moves with the blade and is electrically coupled to the blade. One exemplary implementation of such a sensor assembly is indicated generally at **1020** in FIG. **10**. Sensor assembly **1020** includes a detection electrode **1021** capacitively coupled to detect an electrical signal on arbor **42**. Electrode **1021** may be mounted in any suitable fashion to provide electrical insulation from arbor **42** as well as the remainder of cutting tool **14** and machine **10**. In the exemplary implementation, electrode **1021** is mounted in insulating tube **268** and arranged to extend to a point closely adjacent the arbor between charge plates **44** and **46**. Sensor assembly **1020** also includes one or more eccentricities **1022** disposed on the arbor and substantially aligned with electrode **1021** so as to pass by the electrode as the arbor rotates.

It will be appreciated that eccentricities **1022** may be configured in any desired quantity, size, shape or form adapted to cause a variation in the capacitance between the arbor and the electrode as the arbor rotates. In the exemplary implementation, eccentricities **1022** take the form of beveled regions formed on the surface of arbor **42**. Thus, the space between the electrode and the arbor is greater (and therefore

US 7,225,712 B2

| 11 | 12 |

the capacitance is less) when an eccentricity is positioned beneath the electrode than when an eccentricity is not positioned beneath the electrode. Alternatively, eccentricities **1022** may take other forms adapted to vary the capacitance between the arbor and electrode, including raised regions, dielectric pads, etc. In any event, if an electrical signal is induced in the arbor (e.g., by charge plate **44** of contact detection subsystem **22**), then electrode **1021** will detect variations in that signal if the arbor is rotating. Conversely, the electrode will detect no variations in the signal if the arbor is stationary.

Turning attention now to FIG. **11**, another exemplary implementation of electrical sensor assembly **1020** is shown in which electrode **1021** is disposed adjacent the teeth **1023** of blade **40**. Electrode **1021** may be mounted on arbor block **250** or any other suitable portion of machine **10**. Additionally, the electrode may be positioned at the side of the blade (as shown in FIG. **11**) or at the perimeter of the blade facing in toward the arbor. The size, shape and position of the electrode may vary depending on the position and size of teeth **1023**. In any event, as teeth **1023** pass by electrode **1021**, the capacitance between the blade and the electrode varies, thereby varying the amplitude of the signal detected by the electrode. Alternatively, a plurality of electrodes may be positioned at various points adjacent the teeth so that blade motion would be detected by modulations in the relative signal amplitudes at the electrodes. Such an alternative detection mechanism may also be used with other implementations of sensor assembly **1020**.

While a few exemplary magnetic, EMF, optical and electrical sensor assemblies have been described for detecting blade motion, it will be appreciated that many modifications and variations to such sensor assemblies are included within the scope of the invention. Furthermore, safety system **18** may include other types of motion detection sensors such as mechanical sensors, sonic and ultra-sonic sensors, etc. In any event, the invention provides effective and reliable means for discriminating between conditions which are, and are not, likely to cause injury to a user of power machinery.

It is believed that the disclosure set forth above encompasses multiple distinct inventions with independent utility. While each of these inventions has been disclosed in its preferred form, the specific embodiments thereof as disclosed and illustrated herein are not to be considered in a limiting sense as numerous variations are possible. The subject matter of the inventions includes all novel and non-obvious combinations and subcombinations of the various elements, features, functions and/or properties disclosed herein. No single feature, function, element or property of the disclosed embodiments is essential to all of the disclosed inventions. Similarly, where the claims recite "a" or "a first" element or the equivalent thereof, such claims should be understood to include incorporation of one or more such elements, neither requiring nor excluding two or more such elements.

It is believed that the following claims particularly point out certain combinations and subcombinations that are directed to one of the disclosed inventions and are novel and non-obvious. Inventions embodied in other combinations and subcombinations of features, functions, elements and/or properties may be claimed through amendment of the present claims or presentation of new claims in this or a related application. Such amended or new claims, whether they are directed to a different invention or directed to the same invention, whether different, broader, narrower or equal in scope to the original claims, are also regarded as included within the subject matter of the inventions of the present disclosure.

The invention claimed is:

1. A woodworking machine comprising:
    a support;
    a movable blade coupled to the support;
    a control system configured to detect a dangerous condition between a person and the blade by imparting an electric signal to the blade and monitoring the electric signal for at least one change indicative of the dangerous condition; and
    a brake mechanism triggerable by the control system to stop movement of the blade upon detection of the dangerous condition by the control system;
    where the control system is further configured to determine if the blade is moving, and configured not to trigger the brake mechanism if the blade is not moving.

2. The woodworking machine of claim **1**, where the blade is coupled to the support by a rotatable arbor, and where the control system is configured to determine if the blade is moving by detecting whether the arbor is rotating.

3. The woodworking machine of claim **1**, where the control system includes a magnetic sensor adapted to determine if the blade is moving.

4. The woodworking machine of claim **3**, where the magnetic sensor includes a Hall effect sensor.

5. The woodworking machine of claim **1**, where the control system includes an electronic sensor adapted to determine if the blade is moving.

6. The woodworking machine of claim **5**, where the electronic sensor includes a capacitive sensor.

7. The woodworking machine of claim **1**, where the control system includes an optical sensor adapted to determine if the blade is moving.

8. A woodworking machine comprising:
    a working portion adapted to work when moving;
    a detection system adapted to detect a dangerous condition between a person and the working portion by imparting an electric signal to the working portion and monitoring the electric signal for at least one change indicative of the dangerous condition;
    a reaction system associated with the detection system to cause a predetermined action to take place relative to the working portion upon detection of the dangerous condition; and
    a motion detection system adapted to detect motion of the working portion and to disable the reaction system when the working portion is not moving.

9. The woodworking machine of claim **8**, where the working portion is a spinning blade and where the motion detection system detects whether the blade is spinning.

10. The woodworking machine of claim **8**, where the motion detection system detects the speed of the motion and considers the working portion to be not moving if the working portion is moving below a threshold speed.

11. The woodworking machine of claim **8**, where the motion detection system includes a sensor.

12. The woodworking machine of claim **11**, where the sensor is a Hall effect sensor.

13. The woodworking machine of claim **11**, where the sensor is an electromagnetic field sensor.

14. The woodworking machine of claim **11**, where the sensor is an optical sensor.

15. The woodworking machine of claim **11**, where the sensor is an electrical sensor.

16. The woodworking machine of claim **8**, where the working portion is a cutter, where the reaction system is a brake system, and where the predetermined action is to engage and stop the cutter.

17. A woodworking machine comprising:
   a working portion adapted to work when moving;
   a motor to move the working portion;
   a detection system adapted to detect a dangerous condition between a person and the working portion by imparting an electric signal to the working portion and monitoring the electric signal for at least one change indicative of the dangerous condition; and
   a reaction system associated with the detection system to cause a predetermined action to take place relative to the working portion upon detection of the dangerous condition;
   where the detection system and reaction system are configured to function when the motor is moving the working portion and for a defined period of time after the motor has been turned off, and where the reaction system is configured not to cause the predetermined action to take place after the defined period of time has past until the motor starts moving the working portion.

18. A woodworking machine comprising:
   a cutting tool;
   a motor to spin the cutting tool;
   a detection system adapted to detect a dangerous condition between a person and the cutting tool by imparting an electric signal to the cutting tool and monitoring the electric signal for at least one change indicative of the dangerous condition;
   a reaction system associated with the detection system to cause a predetermined action to take place relative to the working portion upon detection of the dangerous condition; and
   a control system adapted to monitor the detection system and control actuation of the reaction system, where the control system is adapted to trigger the reaction system if the dangerous condition is detected when the motor is spinning the cutting tool or during coast-down of the cutting tool after the motor is turned off and to deactivate the reaction system after coast-down.

19. The woodworking machine of claim **18**, where the reaction system is a brake system, and where the predetermined action is to engage and stop the culling tool.

20. The woodworking machine of claim **18**, where the control system is adapted to re-activate the reaction system when the motor starts spinning the cutting tool after deactivation of the reaction system.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,225,712 B2 | Page 1 of 1 |
| APPLICATION NO. | : 09/929234 | |
| DATED | : June 5, 2007 | |
| INVENTOR(S) | : Stephen F. Gass et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 13, in claim 17, line 19, delete "past" and insert --Passed--.

Column 14, in claim 18, line 11, delete "the working portion" and insert --the cutting tool--.

Signed and Sealed this
Twenty-second Day of September, 2015

Michelle K. Lee
*Director of the United States Patent and Trademark Office*