AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☐ Trademarks or ☑ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:24–cv–00796–AN | DATE FILED<br>5/14/2024 | U.S. DISTRICT COURT<br>District of Oregon |
|---|---|---|
| PLAINTIFF<br>SawStop Holding LLC | | DEFENDANT<br>Felder KG |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 7,098,800 B2 | 8/29/2006 | SawStop Holding LLC |
| 2 US 7,225,712 B2 | 6/5/2007 | SawStop Holding LLC |
| 3 US 10,981,238 B2 | 4/20/2021 | SawStop Holding LLC |
| 4 | | |
| 5 | | |

In the above–entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>MELISSA AUBIN | (BY) DEPUTY CLERK<br>G. Davis | DATE<br>5/14/2024 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director   Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director   Copy 4 Case file copy**