

## The FELDER top models for the highest demands in craft, trade and industry!

The top panel saw model from Felder impresses with modern design, innovative operating elements, durable precision, extreme performance and maximum operating comfort. The large dimensioned saw unit allows large blade diameters and maximum power transfer at all three speeds. Felder system solutions such as the tilting segment guide "Easy-Glide" and the "X-Roll" sliding table with 10 year guarantee, ensure reliability for years to come.

The premium Felder sliding table panel saw K 945 S is also available with the revolutionary safety device PCS®.

Show more

### FELDER. Quality and precision in a nutshell

Since 1956, a guarantee for perfect results with excellent ease of use and reliability in regular professional use. Woodworkers are always enthusiastic about the individual and solid solutions for small and mid-sized businesses.

## The most important highlights at a glance



WORLD FIRST: PCS® - Preventive Contact System

The Saw Unit "155"   "X-Roll" sliding table, 10 years guarantee   Auto rip fence



## ... Your decision for Felder, a risk-free decision

- The right machine for every budget
- Complete reliability in professional use
- Tailor made machine solutions
- High quality cast iron machine table and aggregates
- Innovative detail solutions derived from 60 years of experience – already included in the standard configuration
- First class manufacturing and finishing standards
- Intuitive application concepts
- Modern, distinct design
- Quality and precision from Austria
- Powerful and efficient
- Complete package: Comprehensive service support

## Details

- WORLD FIRST: PCS® - Preventive Contact System
- The Saw Unit "155"
- Large dimensioned, double ball bearing saw arbour
- "Easy-Lock" tool free saw blade change
- Simple, safe & quick – "Quick-lock" saw blade clamping
- Saw blade tilt 90°–45°
- "Power-Drive"
- The Scoring Unit. Powerful and efficient.
- Safety made visible – Scoring unit operation display
- Spraying unit for processing non-ferrous metals and plastics
- Dado
- Overhead saw guard with below table extraction
- On the right track – Laser cutting line marker
- The rip fence
- Digital accuracy

| | |
|---|---|
| Auto rip fence | ⌄ |
| "X-Roll" sliding table, 10 years guarantee | ⌄ |
| On and off switch on the sliding table | ⌄ |
| Crosscut fence (outrigger) | ⌄ |
| Outrigger table with degree grid index system | ⌄ |
| Can now be retrofitted: Full surface support on the outrigger table | ⌄ |
| Transport and mounting unit for outrigger table | ⌄ |
| The crosscut fence on the format sliding table | ⌄ |
| Pneumatic workpiece holder | ⌄ |

## Technical data

**Electrical setup**

| | | K 945 S |
|---|---|---|
| 002 | 3x 230 V motor voltage | S |
| 005 | 60 Hz | S |
| 007 | 7,5 HP (5,5 KW) S6/40%, 3 speeds 3500/4500/5500 rpm | S |
| 008 | 10 HP (7.30 KW) S6/40%, 3 speeds 3500/4500/5500 rpm | O |
| 10 | Star-delta start is necessary from 7.5 HP and 3x230V | S |
| 12 | Trigger switch for dust extractor start | O |
| 13 | Meter for operating hours | O |
| 29 | Electrical equipment according to CSA rules | O |

**Control Systems**

| | | K 945 S |
|---|---|---|
| 1000 | Preventive Contact System – PCS®, Saw blades with a diameter of up to 350 mm lower completely in the case of danger. Larger saw blades will only partially lower. PCS® can be deactivated for the cutting of electrically conductive materials. PCS® does not replace any of the statutory protective devices. According to regulations, the machine must be operated with splitter and sawguard . (!17) | O |

**Saw and Scoring Unit**

| | | K 945 S |
|---|---|---|
| - | Saw blade diameter 250-450 mm, cutting height max. 155 mm | S |
| - | Saw blade tiltable 90°-45° | S |
| 73 | Spraying unit to assist in processing light metals or plastics | O |
| - | Electronic height adjustment on saw blade | S |
| 201 | Electrical height and angle adjustment of the saw unit with LED display („Power-Drive" K2) | O |
| 82 | Preparation for Dado tooling up to 19.5 mm in width | O |
| 71 | Saw blade tilt by hand wheel and display by clock | S |
| 78 | "Easy-Lock" - Tool-free quick change system of the main saw blade | O |
| 780 | Quick-Lock, the saw blade changing system for main circular saw blade, anti-twist protection by driving pins in flange | O |
| 74 | "Classic" scoring unit with 1.1 kW motor and scoring blade Ø 120 mm which can be used in combination with a max saw blade Ø 400 mm (max saw blade Ø without the scoring blade is 450 mm) | O |
| 75 | "Automatic" scoring unit with 1.1 kW motor and scoring blade Ø 120 mm which can be used in combination with a max saw blade Ø 400 mm. Rise and | O |

| | | fall of the scoring blade is automatic.(max. saw blade D without the socring blade is 450 mm) | |
|---|---|---|---|
| | 79 | Scoring unit status light (mandatory option when in combination with PCS and scoring unit) | O |
| | 76 | Flange set for scoring blades with a 22 mm arbor instead of 20 mm | O |
| | 72 | Micro adjustable rip fence | O |
| | 86 | Digital display for rip fence with fine adjustment | O |

### Safety devices

| | | | K 945 S |
|---|---|---|---|
| | – | Overhead guard is height adjustable and can be swung away, includes a cover for 90° cuts and a separate cover for mitre cuts | S |
| | 80 | LASER cutting line marker on the overhead saw guard | O |

### Cutting width and rip fence

| | | | K 945 S |
|---|---|---|---|
| | – | Rip capacity 800 mm | S |
| | 83 | Rip capacity 1250 mm | O |
| | 84 | Rip capacity 1500 mm | O |
| | 89 | Automatic rip fence for 49¼" (1250 mm) cutting width, control panel positioned on the overhead sawguard | O |

### Sliding Tables

| | | | K 945 S |
|---|---|---|---|
| | 132 | Dimension sliding table L, cutting length 2050 mm** | O |
| | 133 | Dimension sliding table F, cutting length 2500 mm(98"), anodised** with edging shoe | S |
| | 134 | Dimension sliding table X, cutting length 2800 mm(110"), anodised** with edging shoe | O |
| | 135 | Dimension sliding table XL, cutting length 3200 mm(126"), anodised** with edging shoe | O |
| | 140 | Dimension sliding table XXL, cutting length 3700 mm(145"), anodised** with edging shoe | O |
| | 136 | Dimension sliding table anodised | S |
| | 139 | On and off switch on the sliding table | O |

### Outrigger Tables and Crosscut Fences

| | | | K 945 S |
|---|---|---|---|
| | 160 | 1300 mm Outrigger table for 1300–2500 mm sliding talbes | S |
| | 161 | 1500 mm Outrigger table for 2500–3700 mm sliding tables | O |
| | 164 | Crosscut fence 1100 mm(43") for all sliding tables | O |
| | 165 | Telescopic extension for crosscut fence 1100 mm(43") to 2000 mm(78") (#164) | O |
| | 166 | Crosscut fence 2600 mm for outrigger table (#159/160) | S |
| | 169 | Crosscut fence 3200 mm for outrigger table, X-Roll system with 2 crosscut stops instead of crosscut fence 2600 mm (#166/168+159/160) | O |
| | 170 | Precision mitre unit with pin locating system for outrigger table crosscut fence | O |
| | 173 | Precision mitre guide with cutting length compensation for 1300/1500 outrigger | O |
| | 171 | 3200 mm crosscut fence with precise adjustment, tiltable from 90° to 45°, 1 stop digitally adjustable up to 1900 mm, telescope with analogue stop adjustment for up to 3200 mm. | O |
| | 172 | 3200 mm crosscut fence with fine adjustment, pivots between 90° and 45° with 2 digital fence stops | O |

### General

| | | | K 945 S |
|---|---|---|---|

| - | Working height in inch | 35 |
|---|---|---|
| - | Min. transport width in inch | 39¾ |
| - | Extractor connection port diameter in mm on overhead saw guard | 120/100 |
| - | Weight, lbs (with average equipment) | 890 |
| - | Weight in lbs | 1965 |

**Transport**

| | | K 945 S |
|---|---|---|
| 221 | Preparation for container | S |

**Legend**   S ... Standard equipment   O ... Option   W ... Choice   - ... not available







